# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Jardiel Ulises Villa-Reyes,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00329-RFB-PAL<br><br>**Order of Dismissal Without Prejudice** |

IT IS HEREBY ORDERED THAT:

Upon Motion of the government and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Leave of Court is granted for the government's dismissal without prejudice of the indictment in the above captioned case that was filed on October 17, 2018 against defendant Jardiel Ulises Villa-Reyes.

Therefore, the Indictment in the above captioned case is hereby ordered dismissed without prejudice.

DATED this __10th__ day of December 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1